UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIENA HOGANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV1221 JCH |
| ) | |
| OLD WARSON COUNTRY CLUB, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court upon its review of the record. On September 1, 2011, Defendant filed a Motion to Dismiss (ECF No. 10). To date, Plaintiff has not responded to this Motion.[1]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Wednesday, October 12, 2011**, within which to respond to Defendant's Motion to Dismiss (ECF No. 10). Failure to do so will result in the Court ruling on Defendant's unopposed Motion to Dismiss.

Dated this 28th day of September, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to E.D.Mo. L.R. 4.01, a party opposing a motion must file a memorandum in opposition within seven (7) days after being served with the motion.