UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIENA HOGANS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CV1221 JCH |
| ) | |
| OLD WARSON COUNTRY CLUB, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court upon its review of the record. On October 20, 2011, this Court issued a show cause order asking Plaintiff to respond, in writing, regarding why she failed to respond to Defendant's Motion to Dismiss and appear for the Rule 16 Conference. (ECF. No. 16). Plaintiff did not respond to this Court's show cause order by October 31, 2011, as required by the Court. (Id.).

Accordingly,

**IT IS HEREBY ORDERED** that this action is dismissed.

Dated this 6th day of March, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE